<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 03-4282**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FRANCISCO HERNANDEZ-MARQUEZ,

Defendant - Appellant.

————————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge. (CR-02-310)

————————————

Submitted:  October 3, 2003          Decided:  October 22, 2003

————————————

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Louis C. Allen, III, Federal Public Defender, Gregory Davis, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant.  Angela Hewlett Miller, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francisco Hernandez-Marquez appeals his conviction for illegal reentry into the United States without permission of the United States Attorney General, after having previously been deported subsequent to a conviction for an aggravated felony, in violation of 8 U.S.C. § 1326(a), (b)(2) (2000). Hernandez-Marquez's attorney has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), raising one issue but stating that he finds no meritorious grounds for appeal. Although notified of his right to do so, Hernandez-Marquez has not filed a pro se supplemental brief. Finding no reversible error, we affirm.

In the Anders brief, counsel questions whether the district court abused its discretion in sentencing Hernandez-Marquez at the high end of the appropriately calculated guideline range. However, this court does not review a sentence imposed within a properly calculated guideline range. 18 U.S.C. § 3742(a) (2000); United States v. Porter, 909 F.2d 789, 794 (4th Cir. 1990). Therefore, we "cannot address appellant's challenge to the district court's exercise of sentencing discretion." Porter, 909 F.2d at 795.

In accordance with Anders, we have reviewed the entire record and have found no meritorious issues for appeal. We therefore affirm Hernandez-Marquez's conviction and sentence. This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further

2

review.  If the client requests that a petition be filed, but counsel believes that such petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3